UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAULA J. KARAS ) | |
| ) | |
| v. ) | C.A. 11-227M |
| ) | |
| STATE OF RHODE ISLAND ) | |

## ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated June 13, 2011 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)and(ii).

In addition, Plaintiff Paula J. Karas is prohibited from filing any additional complaints or other papers in this Court, except for filings in currently pending cases to object to a Report and Recommendation of a Magistrate Judge or to effect an appeal from this Court, without first obtaining the prior written approval of a District Judge of this Court. If Plaintiff Paula J. Karas wishes to file any additional complaints or other papers in this Court, she shall file a written petition seeking leave of Court to do so. The petition must be accompanied by copies of the documents sought to be filed, and a certification under oath that there is a good faith basis for filing them in Federal Court. The Clerk of Court shall accept the documents, mark them received, and forward them to a District Judge of this Court for action on the petition for leave to file.

BY ORDER:

_/s/ John J. McConnell, Jr._
John J. McConnell, Jr.
U.S. District Judge
July 6, 2011